## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-10109-TPA |
| Daniel W. Nagel AND | : | |
| Patricia E. Nagel, | : | |
|     Debtors | : | Chapter 13 |
| | : | |
| Daniel W. Nagel AND | : | Related to Document No. 23 |
| Patricia E. Nagel, | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| | : | |
| PennyMac Loan Services, LLC, | : | |
| | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
## MOTION TO AUTHORIZE NON-LMP MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Motion *to Authorize Non-LMP Modification*, filed on June 4, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than June 21, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: June 22, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the CERTIFICATE OF NO OBJECTION, by Certified Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: June 22, 2021 | By: /s/ Kathryn Schwartz |
| | Kathryn Schwartz, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

## MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

PennyMac Loan Services, LLC
6101 Condor Drive
Suite 200
Moorpark, CA 93021
regina.shaffer@pnmac.com
*Service via US Mail & Email*

KML Law Group
c/o Brian Nicholas, Attorney
701 Market Street
Philadelphia, PA 19106
*Service via US Mail*

Daniel W. Nagel & Patricia E. Nagel
76 Willadell Road
Transfer, PA 16154
*Service via US Mail*