FILED
6/23/21 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-10109-TPA |
| Daniel W. Nagel AND | : | |
| Patricia E. Nagel, | : | |
|     Debtors | : | Chapter 13 |
| | : | |
| Daniel W. Nagel AND | : | Related to Document No. 23 |
| Patricia E. Nagel, | : | |
|     Movants | : | |
| | : | |
|     v. | : | |
| | : | |
| PennyMac Loan Services, LLC, | : | |
| | : | |
|     AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## ORDER

*AND NOW*, this 23rd day of June, *2021*, it is hereby **ORDERED** that:

(1) The Non-LMP Modification Agreement between **Daniel W. Nagel AND Patricia E. Nagel AND PennyMac Loan Servicing** is approved;

(2) The terms of the loan shall be as follows:

    a. Due Date: April 1, 2021 and the 1st day of each month thereafter;
    b. New Monthly Payment: $980.03 = $770.27 (P&I) + $209.76 (Escrow);
    c. Interest Rate: 3.25%;
    d. Loan Term: 29 Years;
    e. Maturity Date: May 1, 2050;
    f. Principal Balance: $174,045.05

(3) *Within fourteen (14) days* from the date of this Order the Debtors shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____
Thomas P. Agresti, Judge   **ljm**
United States Bankruptcy Court