## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-10109-TPA |
| Daniel W. Nagel AND | : | |
| Patricia E. Nagel, | : | |
|     Debtors | : | Chapter 13 |
| | : | |
| Daniel W. Nagel AND | : | Related to Document No. 26 |
| Patricia E. Nagel, | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| | : | |
| PennyMac Loan Services, LLC, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **June 24, 2021**           *By: /s/ Kathryn Schwartz*
                                                                                Kathryn Schwartz, PARALEGAL
                                                                                FOSTER LAW OFFICES
                                                                                1210 Park Avenue
                                                                                Meadville, PA 16335
                                                                                Tel 814.724.1165
                                                                                Fax 814.724.1158

**MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

PennyMac Loan Services, LLC
6101 Condor Drive
Suite 200
Moorpark, CA 93021
regina.shaffer@pnmac.com
*Service via US Mail & Email*

KML Law Group
c/o Brian Nicholas, Attorney
701 Market Street
Philadelphia, PA 19106
*Service via US Mail*

Daniel W. Nagel & Patricia E. Nagel
76 Willadell Road
Transfer, PA 16154
*Service via US Mail*