FILED
6/23/21 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-10109-TPA |
| Daniel W. Nagel AND | : | |
| Patricia E. Nagel, | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Daniel W. Nagel AND | : | Related to Document No. 23 |
| Patricia E. Nagel, | : | |
| Movant s | : | |
| | : | |
| v. | : | |
| | : | |
| PennyMac Loan Services, LLC, | : | |
| | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## ORDER

*AND NOW*, this 23rd day of June, *2021*, it is hereby **ORDERED** that:

(1)  The Non-LMP Modification Agreement between **Daniel W. Nagel AND Patricia E. Nagel AND PennyMac Loan Servicing** is approved;

(2)  The terms of the loan shall be as follows:

   a. Due Date:            April 1, 2021 and the 1st day of each month thereafter;
   b. New Monthly Payment: $980.03 = $770.27 (P&I) + $209.76 (Escrow);
   c. Interest Rate:       3.25%;
   d. Loan Term:           29 Years;
   e. Maturity Date:       May 1, 2050;
   f. Principal Balance:   $174,045.05

(3)  *Within fourteen (14) days* from the date of this Order the Debtors shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

Thomas P. Agresti, Judge            ljm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 21-10109-TPA
Daniel W. Nagel   Chapter 13
Patricia E. Nagel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1   User: dkam   Page 1 of 1
Date Rcvd: Jun 23, 2021   Form ID: pdf900   Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Daniel W. Nagel, Patricia E. Nagel, 76 Willadell Road, Transfer, PA 16154-2730 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Patricia E. Nagel dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Daniel W. Nagel dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5