**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 21-10109-TPA |
| | : | |
| **Daniel W. Nagel AND** | : | CHAPTER 13 |
| **Patricia E. Nagel,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO: 30 |
| **Daniel W. Nagel AND** | : | |
| **Patricia E. Nagel,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, Kathryn Schwartz, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan and Notice of Proposed Modification** on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>November 17, 2021</u>

Respectfully submitted,
<u>/s/ Kathryn Schwartz</u>
Kathryn Schwartz
Head Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

```
Label Matrix for local noticing              PRA Receivables Management, LLC              U.S. Bankruptcy Court
0315-1                                       PO Box 41021                                 U.S. Courthouse, Room B160
Case 21-10109-TPA                            Norfolk, VA 23541-1021                       17 South Park Row
WESTERN DISTRICT OF PENNSYLVANIA                                                          Erie, PA 16501-1169
Erie
Wed Nov 17 15:03:52 EST 2021

(p)BANK OF AMERICA                           Best Buy/CBNA                                Capital One Bank (USA), N.A.
PO BOX 982238                                Po Box 6497                                  by American InfoSource as agent
EL PASO TX 79998-2238                        Sioux Falls, SD 57117-6497                   PO Box 71083
                                                                                          Charlotte, NC  28272-1083


Capital One Bank Usa N                       Citibank, N.A.                               (p)CITIZENS BANK N A
Po Box 31293                                 5800 S Corporate Pl                          ATTN BANKRUPTCY TEAM
Salt Lake City, UT 84131-0293                Sioux Falls, SD  57108-5027                  ONE CITIZENS BANK WAY
                                                                                          JCA115
                                                                                          JOHNSTON RI 02919-1922


Comenity Bank/Kays                           Comenity Bank/Victoria's Secret              Comenity Bank/peebles
Po Box 182789                                Po Box 182789                                Po Box 182789
Columbus, OH 43218-2789                      Columbus, OH 43218-2789                      Columbus, OH 43218-2789


Comenity Capital/Sephora                     Credit First NA                              Discover Bank
Po Box 182120                                Po Box 81315                                 Discover Products Inc
Columbus, OH 43218-2120                      Cleveland, OH 44181-0315                     PO Box 3025
                                                                                          New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC           (p)DSNB MACY S                               FNB Consumer Discount Company
PO BOX 3025                                  CITIBANK                                     41-A Hadley Road
NEW ALBANY OH 43054-3025                     1000 TECHNOLOGY DRIVE MS 777                 PO Box 152
                                             O FALLON MO 63368-2222                       Greenville, PA 16125-0152


First Commonwealth Bank                      (p)FIRST NATIONAL BANK OF PENNSYLVANIA       Huntington National Bank
22 North Sixth Street                        ATTN JOSIE MOCKER                            Po Box 1558
Indiana, PA 15701-1802                       4140 EAST STATE STREET                       Columbus, OH 43216-1558
                                             HERMITAGE PA 16148-3401


JPMorgan Chase Bank, N.A.                    (p)JEFFERSON CAPITAL SYSTEMS LLC             (p)JPMORGAN CHASE BANK  N A
s/b/m/t Chase Bank USA, N.A.                 PO BOX 7999                                  BANKRUPTCY MAIL INTAKE TEAM
c/o Robertson, Anschutz & Schneid, P.L.      SAINT CLOUD MN 56302-7999                    700 KANSAS LANE FLOOR 01
6409 Congress Avenue, Suite 100                                                           MONROE LA 71203-4774
Boca Raton, FL 33487-2853


Kay Jewelers                                 Kohl's                                       Kohls/Capital One
375 Ghent Road                               Peritus Portfolio Services II, LLC           Po Box 3115
Akron, OH 44333-4600                         PO BOX 141509                                Milwaukee, WI 53201-3115
                                             IRVING, TX 75014-1509


Mariner Finance                              Northwest Consumer Discount Company          Office of the United States Trustee
8211 Town Center Dr                          Po Box 1178                                  Liberty Center.
Nottingham, MD 21236-5904                    Hermitage, PA 16148-0178                     1001 Liberty Avenue, Suite 970
                                                                                          Pittsburgh, PA 15222-3721
```

| | | |
|---|---|---|
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | Pennymac Loan Services<br>Po Box 514387<br>Los Angeles, CA 90051-4387 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Gap<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/JCP<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| Synchrony Bank/Lowes<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/PPC<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 |
| The Home Depot/CBNA<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Wells Fargo<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 |
| Wells Fargo Home Mortgage<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Daniel W. Nagel<br>76 Willadell Road<br>Transfer, PA 16154-2730 |
| Patricia E. Nagel<br>76 Willadell Road<br>Transfer, PA 16154-2730 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Citizens Bank Na<br>480 Jefferson Blvd<br>Warwick, RI 02886 | Discover Financial Services LLC<br>Po Box 15316<br>Wilmington, DE 19850 |
| Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040 | First National Bank of PA<br>4140 E State Street<br>Hermitage, PA 16148 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |

| | | |
|---|---|---|
| Jpmcb Card<br>Po Box 15369<br>Wilmington, DE 19850 | PNC Bank, National Association<br>Bankruptcy Department<br>PO Box 94982<br>Cleveland, OH 44101 | (d)Pnc Bank<br>Po Box 3180<br>Pittsburgh, PA 15230 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PENNYMAC LOAN SERVICES, LLC | (d)Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | End of Label Matrix<br>Mailable recipients    49<br>Bypassed recipients    2<br>Total                  51 |