**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **DANIEL W. NAGEL** |
| Debtor 2 (Spouse, if filing) | **PATRICIA E. NAGEL** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number | **21-10109JCM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   PENNYMAC LOAN SERVICES LLC

**Court claim no.** (if known): 10-2

**Last 4 digits** of any number you use to identify the debtor's account:   7  0  8  4

**Property Address:**   76 WILLADELL RD
Number        Street

TRANSFER                                PA      16154
City                                          State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ -0- |

| Part 4: | Postpetition Payment |
|---------|----------------------|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $        62,503.58

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>May 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---------|------------------------------------------|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $        -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---------|-------------------------------------------------------|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘/s/ Ronda J. Winnecour                                        Date   05/28/2026
Signature

Trustee        Ronda J. Winnecour
               First Name        Middle Name        Last Name

Address        CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
               Number        Street

               PITTSBURGH                        PA        15219
               City                              State      ZIP Code

Contact phone   (412) 471-5566              Email   cmecf@chapter13trusteewdpa.com

Debtor 1   **NAGEL** _____   Case Number **21-10109JCM** _____   Page 1
         <small>Name</small>

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---:|
| 10-2 | PENNYMAC LOAN SERVICES LLC | 06/25/2021 | 1201491 | Amounts Disbursed To Creditor | 714.39 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 07/26/2021 | 1204693 | Amounts Disbursed To Creditor | 728.16 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 08/26/2021 | 1207833 | Amounts Disbursed To Creditor | 944.74 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 09/24/2021 | 1210936 | Amounts Disbursed To Creditor | 1,022.71 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 10/25/2021 | 1214014 | Amounts Disbursed To Creditor | 1,055.10 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 11/22/2021 | 1217047 | Amounts Disbursed To Creditor | 1,046.89 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 12/23/2021 | 1220130 | Amounts Disbursed To Creditor | 1,050.90 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 01/26/2022 | 1223189 | Amounts Disbursed To Creditor | 948.22 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 02/23/2022 | 1226064 | Amounts Disbursed To Creditor | 949.81 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 03/25/2022 | 1229029 | Amounts Disbursed To Creditor | 1,383.31 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 04/26/2022 | 1232075 | Amounts Disbursed To Creditor | 1,242.15 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 05/25/2022 | 1235118 | Amounts Disbursed To Creditor | 1,149.11 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 06/27/2022 | 1238150 | Amounts Disbursed To Creditor | 1,087.38 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 07/26/2022 | 1241081 | Amounts Disbursed To Creditor | 1,091.07 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 08/24/2022 | 1243974 | Amounts Disbursed To Creditor | 1,093.74 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 09/27/2022 | 1246843 | Amounts Disbursed To Creditor | 1,095.66 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 10/25/2022 | 1249652 | Amounts Disbursed To Creditor | 1,097.01 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 11/23/2022 | 1252439 | Amounts Disbursed To Creditor | 1,097.98 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 12/22/2022 | 1255185 | Amounts Disbursed To Creditor | 1,076.05 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 01/26/2023 | 1257924 | Amounts Disbursed To Creditor | 1,076.54 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 02/23/2023 | 1260515 | Amounts Disbursed To Creditor | 1,081.75 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 03/28/2023 | 1263302 | Amounts Disbursed To Creditor | 1,080.15 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 04/25/2023 | 1266113 | Amounts Disbursed To Creditor | 1,078.07 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 05/25/2023 | 1268981 | Amounts Disbursed To Creditor | 1,076.76 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 06/26/2023 | 1271879 | Amounts Disbursed To Creditor | 1,075.97 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 07/25/2023 | 1274622 | Amounts Disbursed To Creditor | 1,063.18 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 08/25/2023 | 1277401 | Amounts Disbursed To Creditor | 1,062.88 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 09/26/2023 | 1280131 | Amounts Disbursed To Creditor | 1,057.66 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 10/25/2023 | 1282844 | Amounts Disbursed To Creditor | 1,062.87 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 11/27/2023 | 1285522 | Amounts Disbursed To Creditor | 1,062.89 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 12/21/2023 | 1288101 | Amounts Disbursed To Creditor | 1,062.93 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 01/26/2024 | 1290792 | Amounts Disbursed To Creditor | 1,062.99 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 02/26/2024 | 1293436 | Amounts Disbursed To Creditor | 1,063.05 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 03/26/2024 | 1296088 | Amounts Disbursed To Creditor | 1,063.12 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 04/25/2024 | 1298750 | Amounts Disbursed To Creditor | 1,064.08 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 05/29/2024 | 1301457 | Amounts Disbursed To Creditor | 1,064.55 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 06/25/2024 | 1303988 | Amounts Disbursed To Creditor | 1,064.80 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 07/25/2024 | 1306594 | Amounts Disbursed To Creditor | 1,064.92 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 08/26/2024 | 1309158 | Amounts Disbursed To Creditor | 1,065.00 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 09/25/2024 | 1311752 | Amounts Disbursed To Creditor | 1,065.07 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 10/25/2024 | 1314276 | Amounts Disbursed To Creditor | 1,065.13 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 11/25/2024 | 1316840 | Amounts Disbursed To Creditor | 1,065.17 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 12/23/2024 | 1319232 | Amounts Disbursed To Creditor | 1,065.21 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 01/28/2025 | 1321732 | Amounts Disbursed To Creditor | 1,064.27 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 02/25/2025 | 1324157 | Amounts Disbursed To Creditor | 1,065.78 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 03/26/2025 | 1326646 | Amounts Disbursed To Creditor | 1,049.94 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 04/25/2025 | 1329118 | Amounts Disbursed To Creditor | 1,064.19 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 05/23/2025 | 1331523 | Amounts Disbursed To Creditor | 42.18 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 06/25/2025 | 1333973 | Amounts Disbursed To Creditor | 2,086.20 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 07/25/2025 | 1336450 | Amounts Disbursed To Creditor | 1,064.19 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 08/26/2025 | 1338856 | Amounts Disbursed To Creditor | 1,064.19 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 09/25/2025 | 1341272 | Amounts Disbursed To Creditor | 1,064.19 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 10/24/2025 | 1343744 | Amounts Disbursed To Creditor | 1,064.19 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 11/21/2025 | 1346044 | Amounts Disbursed To Creditor | 40.26 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 12/23/2025 | 1348396 | Amounts Disbursed To Creditor | 2,088.12 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 01/27/2026 | 1350781 | Amounts Disbursed To Creditor | 1,064.19 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 02/24/2026 | 1353146 | Amounts Disbursed To Creditor | 1,704.57 |
| 10-2 | PENNYMAC LOAN SERVICES LLC | 03/25/2026 | 1355540 | Amounts Disbursed To Creditor | 1,488.00 |

Total for Claim Number 10-2:   62,503.58

**Total for Part 4 - a (Postpetition Payments):**   **62,503.58**

### Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

DANIEL W. NAGEL
PATRICIA E. NAGEL
76 WILLADELL ROAD
TRANSFER, PA  16154-2730

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

PENNYMAC LOAN SERVICES LLC
PO BOX 660929
DALLAS, TX  75266-0929

PENNY MAC LOAN SERVICES LLC
PO BOX 2410
MOORPARK, CA  93020


Dated: 05/28/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee