Form 300a

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Daniel W. Nagel** | : | Case No. 21–10109–JCM |
| **Patricia E. Nagel** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 149 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 8/4/26 at 02:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    **AND NOW,** this ***The 28th of May, 2026***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 149 , by the Chapter 13 Trustee

    It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

    (1)  ***On or before July 13, 2026***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on ***August 4, 2026 at 02:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

    (4)  If either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

 

_____

John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10109-JCM |
| Daniel W. Nagel | Chapter 13 |
| Patricia E. Nagel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: May 28, 2026 | Form ID: 300a | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Daniel W. Nagel, Patricia E. Nagel, 76 Willadell Road, Transfer, PA 16154-2730 |
| 15345838 | + | FNB Consumer Discount Company, 41-A Hadley Road, PO Box 152, Greenville, PA 16125-0152 |
| 15373712 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15345844 | + | Northwest Consumer Discount Company, Po Box 1178, Hermitage, PA 16148-0178 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:18:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15345825 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 29 2026 01:03:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15345826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:17:57 | Best Buy/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15345828 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 29 2026 01:03:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15364255 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 01:17:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15345827 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 01:17:53 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15371142 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:17:57 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15345829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 01:03:00 | Comenity Bank/Kays, Po Box 182789, Columbus, OH 43218-2789 |
| 15345831 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 01:03:00 | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15345830 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 01:03:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15345832 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 01:03:00 | Comenity Capital/Sephora, Po Box 182120, Columbus, OH 43218-2120 |
| 15345833 | + | Email/Text: BKPT@cfna.com | May 29 2026 01:03:00 | Credit First NA, Po Box 81315, Cleveland, OH 44181-0315 |
| 15345834 | | Email/Text: mrdiscen@discover.com | May 29 2026 01:03:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15345835 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:18:11 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15349392 | | Email/Text: mrdiscen@discover.com | May 29 2026 01:03:00 | Discover Bank, Discover Products Inc, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 15345836 | + | Email/Text: SAABankruptcy@fcbanking.com | May 29 2026 01:03:00 | First Commonwealth Bank, 22 North Sixth Street, Indiana, PA 15701-1802 |
| 15345837 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 29 2026 01:03:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15345839 | + | Email/Text: bankruptcy@huntington.com | May 29 2026 01:04:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15372535 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 29 2026 01:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15359760 | + | Email/Text: RASEBN@raslg.com | May 29 2026 01:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15345840 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2026 01:18:04 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15345841 | + | Email/Text: BKRMailOPS@weltman.com | May 29 2026 01:03:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15345842 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 01:18:05 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15345843 | + | Email/Text: bankruptcy@marinerfinance.com | May 29 2026 01:03:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15358343 | | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2026 01:03:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15345846 | | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2026 01:03:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15370477 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:17:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15371056 | + | Email/PDF: ebnotices@pnmac.com | May 29 2026 01:17:31 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15345845 | + | Email/PDF: ebnotices@pnmac.com | May 29 2026 01:18:09 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15372265 | | Email/Text: bnc-quantum@quantum3group.com | May 29 2026 01:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15372264 | | Email/Text: bnc-quantum@quantum3group.com | May 29 2026 01:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15346298 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:17:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15345847 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:17:52 | Synchrony Bank/Gap, PO Box 965005, Orlando, FL 32896-5005 |
| 15345848 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:18:04 | Synchrony Bank/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 15345849 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:17:09 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15345850 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:17:08 | Synchrony Bank/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15345851 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:17:52 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15345852 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:17:57 | The Home Depot/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15345853 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | May 29 2026 01:18:06 | Wells Fargo, Po Box 14517, Des Moines, IA |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: 300a | Total Noticed: 45 |

|  |  | 50306-3517 |
| 15350276 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | |
| | May 29 2026 01:17:53 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15345854 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | |
| | May 29 2026 01:18:06 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15363177 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Daniel W. Nagel dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Patricia E. Nagel dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6