## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DANIEL W. NAGEL
PATRICIA E. NAGEL
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:21-10109

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 27, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/03/2021 and confirmed on 4/30/21 . The case was subsequently        Completed
After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111,254.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 111,254.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 5,530.65 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,530.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7084 | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 62,503.58 | 0.00 | 62,503.58 |
| Acct: 7084 | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7084 | | | | |
| PNC BANK NA | 17,325.16 | 17,325.16 | 1,551.01 | 18,876.17 |
| Acct: 8455 | | | | |
| PNC BANK NA | 14,687.50 | 14,687.50 | 1,591.77 | 16,279.27 |
| Acct: 0850 | | | | |
| | | | | 97,659.02 |
| Priority | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL W. NAGEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ***NONE*** | | | | |
| Unsecured | | | | |
| CITIBANK NA** | 2,025.09 | 180.84 | 0.00 | 180.84 |
| Acct: 1784 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 591.79 | 52.85 | 0.00 | 52.85 |
| Acct: 8033 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 556.77 | 49.72 | 0.00 | 49.72 |
| Acct: 5645 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 1,667.73 | 148.93 | 0.00 | 148.93 |
| Acct: 7300 | | | | |
| DISCOVER BANK(*) | 15,105.72 | 1,348.94 | 0.00 | 1,348.94 |
| Acct: 9177 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 8,069.06 | 720.57 | 0.00 | 720.57 |

21-10109                                                                                     Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2705 | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5531 | | | | |
| KOHLS | 191.02 | 17.06 | 0.00 | 17.06 |
| Acct: 6729 | | | | |
| MARINER FINANCE LLC | 1,928.68 | 172.23 | 0.00 | 172.23 |
| Acct: 4494 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,064.14 | 184.33 | 0.00 | 184.33 |
| Acct: 9493 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,646.61 | 147.04 | 0.00 | 147.04 |
| Acct: 5964 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 3,780.57 | 337.60 | 0.00 | 337.60 |
| Acct: 9488 | | | | |
| CITIBANK NA** | 6,348.49 | 566.92 | 0.00 | 566.92 |
| Acct: 2910 | | | | |
| WELLS FARGO BANK NA | 1,537.56 | 137.30 | 0.00 | 137.30 |
| Acct: 7613 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9488 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,064.33 |

TOTAL PAID TO CREDITORS                                                              101,723.35

TOTAL CLAIMED
PRIORITY            0.00
SECURED         32,012.66
UNSECURED     45,513.23

Date: 05/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DANIEL W. NAGEL
    PATRICIA E. NAGEL
         Debtor(s)

    Ronda J. Winnecour
         Movant
        vs.
    No Repondents.

Case No.:21-10109

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10109-JCM |
| Daniel W. Nagel | Chapter 13 |
| Patricia E. Nagel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: May 28, 2026 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Daniel W. Nagel, Patricia E. Nagel, 76 Willadell Road, Transfer, PA 16154-2730 |
| 15345838 | + | FNB Consumer Discount Company, 41-A Hadley Road, PO Box 152, Greenville, PA 16125-0152 |
| 15373712 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15345844 | + | Northwest Consumer Discount Company, Po Box 1178, Hermitage, PA 16148-0178 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:17:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15345825 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 29 2026 01:03:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15345826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:17:34 | Best Buy/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15345828 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 29 2026 01:03:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15364255 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 01:17:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15345827 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 01:18:05 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15371142 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:18:10 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15345829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 01:03:00 | Comenity Bank/Kays, Po Box 182789, Columbus, OH 43218-2789 |
| 15345831 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 01:03:00 | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15345830 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 01:03:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15345832 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 01:03:00 | Comenity Capital/Sephora, Po Box 182120, Columbus, OH 43218-2120 |
| 15345833 | + | Email/Text: BKPT@cfna.com | May 29 2026 01:03:00 | Credit First NA, Po Box 81315, Cleveland, OH 44181-0315 |
| 15345834 | | Email/Text: mrdiscen@discover.com | May 29 2026 01:03:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15345835 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:18:11 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15349392 | | Email/Text: mrdiscen@discover.com | May 29 2026 01:03:00 | Discover Bank, Discover Products Inc, PO Box |

District/off: 0315-1                                        User: auto                                              Page 2 of 3

Date Rcvd: May 28, 2026                                Form ID: pdf900                                    Total Noticed: 45

| | | | |
|---|---|---|---|
| | | | 3025, New Albany, OH 43054-3025 |
| 15345836 | + Email/Text: SAABankruptcy@fcbanking.com | May 29 2026 01:03:00 | First Commonwealth Bank, 22 North Sixth Street, Indiana, PA 15701-1802 |
| 15345837 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 29 2026 01:03:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15345839 | + Email/Text: bankruptcy@huntington.com | May 29 2026 01:04:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15372535 | Email/Text: JCAP_BNC_Notices@jcap.com | May 29 2026 01:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15359760 | + Email/Text: RASEBN@raslg.com | May 29 2026 01:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15345840 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2026 01:17:52 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15345841 | + Email/Text: BKRMailOPS@weltman.com | May 29 2026 01:03:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15345842 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 01:18:05 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15345843 | + Email/Text: bankruptcy@marinerfinance.com | May 29 2026 01:03:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15358343 | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2026 01:03:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15345846 | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2026 01:03:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15370477 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:17:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15371056 | + Email/PDF: ebnotices@pnmac.com | May 29 2026 01:17:26 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15345845 | + Email/PDF: ebnotices@pnmac.com | May 29 2026 01:17:31 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15372265 | Email/Text: bnc-quantum@quantum3group.com | May 29 2026 01:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15372264 | Email/Text: bnc-quantum@quantum3group.com | May 29 2026 01:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15346298 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:18:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15345847 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:18:04 | Synchrony Bank/Gap, PO Box 965005, Orlando, FL 32896-5005 |
| 15345848 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:18:04 | Synchrony Bank/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 15345849 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:17:09 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15345850 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:17:09 | Synchrony Bank/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15345851 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:18:04 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15345852 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:17:57 | The Home Depot/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15345853 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | May 29 2026 01:17:12 | Wells Fargo, Po Box 14517, Des Moines, IA |

District/off: 0315-1                                                        User: auto                                                        Page 3 of 3

Date Rcvd: May 28, 2026                                         Form ID: pdf900                                              Total Noticed: 45

|  |  | 50306-3517 |
|---|---|---|
| 15350276 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | |
|  | May 29 2026 01:17:12 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15345854 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | |
|  | May 29 2026 01:17:12 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| 15363177 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                                Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | |
| | on behalf of Joint Debtor Patricia E. Nagel dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor Daniel W. Nagel dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 6