**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel W. Nagel | Social Security number or ITIN   xxx–xx–3468 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Patricia E. Nagel | Social Security number or ITIN   xxx–xx–4912 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21–10109–JCM

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel W. Nagel                    Patricia E. Nagel

7/14/26                    **By the court:** John C Melaragno
                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Daniel W. Nagel

Patricia E. Nagel

Debtors

Case No. 21-10109-JCM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Daniel W. Nagel, Patricia E. Nagel, 76 Willadell Road, Transfer, PA 16154-2730 |
| 15345838 | + | FNB Consumer Discount Company, 41-A Hadley Road, PO Box 152, Greenville, PA 16125-0152 |
| 15373712 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15345844 | + | Northwest Consumer Discount Company, Po Box 1178, Hermitage, PA 16148-0178 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 15 2026 05:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 15 2026 05:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jul 15 2026 05:59:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15345825 | + | EDI: BANKAMER | Jul 15 2026 05:59:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15345826 | + | EDI: CITICORP | Jul 15 2026 05:59:00 | Best Buy/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15345828 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 15 2026 02:16:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15364255 | | EDI: CAPITALONE.COM | Jul 15 2026 05:59:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15345827 | + | EDI: CAPITALONE.COM | Jul 15 2026 05:59:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15371142 | | EDI: CITICORP | Jul 15 2026 05:59:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15345829 | + | EDI: WFNNB.COM | Jul 15 2026 05:59:00 | Comenity Bank/Kays, Po Box 182789, Columbus, OH 43218-2789 |
| 15345831 | + | EDI: WFNNB.COM | Jul 15 2026 05:59:00 | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15345830 | + | EDI: WFNNB.COM | Jul 15 2026 05:59:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15345832 | + | EDI: WFNNB.COM | Jul 15 2026 05:59:00 | Comenity Capital/Sephora, Po Box 182120, Columbus, OH 43218-2120 |
| 15345833 | + | EDI: CRFRSTNA.COM | | |

| | | | |
|---|---|---|---|
| | | Jul 15 2026 05:59:00 | Credit First NA, Po Box 81315, Cleveland, OH 44181-0315 |
| 15345834 | EDI: DISCOVER | | |
| | | Jul 15 2026 05:59:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15345835 | EDI: CITICORP | | |
| 15349392 | EDI: DISCOVER | Jul 15 2026 05:59:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| | | Jul 15 2026 05:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15345836 | + Email/Text: SAABankruptcy@fcbanking.com | | |
| | | Jul 15 2026 02:16:00 | First Commonwealth Bank, 22 North Sixth Street, Indiana, PA 15701-1802 |
| 15345837 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Jul 15 2026 02:16:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15345839 | + Email/Text: bankruptcy@huntington.com | | |
| | | Jul 15 2026 02:16:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15372535 | EDI: JEFFERSONCAP.COM | | |
| | | Jul 15 2026 05:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15359760 | + Email/Text: RASEBN@raslg.com | | |
| | | Jul 15 2026 02:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15345840 | + EDI: JPMORGANCHASE | | |
| | | Jul 15 2026 05:59:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15345841 | + Email/Text: BKRMailOPS@weltman.com | | |
| | | Jul 15 2026 02:16:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15345842 | + EDI: CAPITALONE.COM | | |
| | | Jul 15 2026 05:59:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15345843 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Jul 15 2026 02:16:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15358343 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 15 2026 02:16:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15345846 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| 15370477 | EDI: PRA.COM | Jul 15 2026 02:16:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| | | Jul 15 2026 05:59:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15371056 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jul 15 2026 02:23:06 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15345845 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jul 15 2026 02:23:00 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15372265 | EDI: Q3G.COM | | |
| | | Jul 15 2026 05:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15372264 | EDI: Q3G.COM | | |
| | | Jul 15 2026 05:59:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15346298 | + EDI: PRA.COM | | |
| | | Jul 15 2026 05:59:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15345847 | + EDI: SYNC | | |
| | | Jul 15 2026 05:59:00 | Synchrony Bank/Gap, PO Box 965005, Orlando, FL 32896-5005 |
| 15345848 | + EDI: SYNC | | |
| | | Jul 15 2026 05:59:00 | Synchrony Bank/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 15345849 | + EDI: SYNC | | |
| | | Jul 15 2026 05:59:00 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15345850 | + EDI: SYNC | | |
| | | Jul 15 2026 05:59:00 | Synchrony Bank/PPC, Po Box 965005, Orlando, |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: 3180W | Total Noticed: 47 |

|  |  |  | FL 32896-5005 |
|---|---|---|---|
| 15345851 | + EDI: SYNC | Jul 15 2026 05:59:00 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15345852 | + EDI: CITICORP | Jul 15 2026 05:59:00 | The Home Depot/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15345853 | + EDI: WFHOME | Jul 15 2026 05:59:00 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 15350276 | EDI: WFCCSBK | Jul 15 2026 05:59:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15345854 | + EDI: WFHOME | Jul 15 2026 05:59:00 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| 15363177 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Daniel W. Nagel dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Patricia E. Nagel dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1                          User: auto                                    Page 4 of 4
Date Rcvd: Jul 14, 2026                       Form ID: 3180W                                Total Noticed: 47
TOTAL: 6