### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　DANIEL W. NAGEL<br>　PATRICIA E. NAGEL<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Repondents. | Case No.:21-10109<br><br>Chapter 13<br><br>Related Document No.: 49 |

ORDER OF COURT

AND NOW, this _____14th_____ day of _____July_____, 2026_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge ᵈᵃᵏ
United States Bankruptcy Court
SIGNED
7/14/26 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10109-JCM |
| Daniel W. Nagel | Chapter 13 |
| Patricia E. Nagel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 14, 2026 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Daniel W. Nagel, Patricia E. Nagel, 76 Willadell Road, Transfer, PA 16154-2730 |
| 15345838 | + | FNB Consumer Discount Company, 41-A Hadley Road, PO Box 152, Greenville, PA 16125-0152 |
| 15373712 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15345844 | + | Northwest Consumer Discount Company, Po Box 1178, Hermitage, PA 16148-0178 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2026 02:23:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15345825 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 15 2026 02:15:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15345826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 02:23:06 | Best Buy/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15345828 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 15 2026 02:16:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15364255 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 02:23:10 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15345827 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 02:23:10 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15371142 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 02:23:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15345829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 02:16:00 | Comenity Bank/Kays, Po Box 182789, Columbus, OH 43218-2789 |
| 15345831 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 02:16:00 | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15345830 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 02:16:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15345832 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 02:16:00 | Comenity Capital/Sephora, Po Box 182120, Columbus, OH 43218-2120 |
| 15345833 | + | Email/Text: BKPT@cfna.com | Jul 15 2026 02:16:00 | Credit First NA, Po Box 81315, Cleveland, OH 44181-0315 |
| 15345834 | | Email/Text: mrdiscen@discover.com | Jul 15 2026 02:16:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15345835 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 02:23:06 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15349392 | | Email/Text: mrdiscen@discover.com | Jul 15 2026 02:16:00 | Discover Bank, Discover Products Inc, PO Box |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 3025, New Albany, OH 43054-3025 |
| 15345836 | + Email/Text: SAABankruptcy@fcbanking.com | Jul 15 2026 02:16:00 | First Commonwealth Bank, 22 North Sixth Street, Indiana, PA 15701-1802 |
| 15345837 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 15 2026 02:16:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15345839 | + Email/Text: bankruptcy@huntington.com | Jul 15 2026 02:16:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15372535 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 15 2026 02:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15359760 | + Email/Text: RASEBN@raslg.com | Jul 15 2026 02:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15345840 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 15 2026 02:23:05 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15345841 | + Email/Text: BKRMailOPS@weltman.com | Jul 15 2026 02:16:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15345842 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 02:23:04 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15345843 | + Email/Text: bankruptcy@marinerfinance.com | Jul 15 2026 02:16:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15358343 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2026 02:16:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15345846 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2026 02:16:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15370477 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2026 02:22:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15371056 | + Email/PDF: ebnotices@pnmac.com | Jul 15 2026 02:23:06 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15345845 | + Email/PDF: ebnotices@pnmac.com | Jul 15 2026 02:23:12 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15372265 | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2026 02:16:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15372264 | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2026 02:16:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15346298 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2026 02:23:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15345847 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 02:23:04 | Synchrony Bank/Gap, PO Box 965005, Orlando, FL 32896-5005 |
| 15345848 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 02:23:03 | Synchrony Bank/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 15345849 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 02:23:09 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15345850 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 02:23:09 | Synchrony Bank/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15345851 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 02:22:59 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15345852 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 02:23:00 | The Home Depot/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15345853 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 15 2026 02:23:03 | Wells Fargo, Po Box 14517, Des Moines, IA |

District/off: 0315-1                                     User: auto                                           Page 3 of 3

Date Rcvd: Jul 14, 2026                                 Form ID: pdf900                                 Total Noticed: 45

|  |  | 50306-3517 |
|---|---|---|
| 15350276 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com Jul 15 2026 02:22:58 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15345854 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com Jul 15 2026 02:22:58 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| 15363177 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Daniel W. Nagel dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Patricia E. Nagel dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6