**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Daniel W. Nagel

Debtor 2    Patricia E. Nagel

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   21-10109 JAD

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC        **Court claim no**. (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 7084

**Date of payment change:**
Must be at least 21 days after date of this notice          05/01/2023

**New total payment:**    $991.41
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $230.99         New escrow payment: $ 221.14

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   Current mortgage payment: $_____         New mortgage payment: $_____

Official Form 410S1            **Notice of Mortgage Payment Change**            page 1

Document ID: a3a74de38d60bae928670b69dda8e6ec71eef6e30e6c808517e6850d25618ac5

Debtor(s)   <u>Daniel W. Nagel, Patricia E. Nagel</u>   Case number *(if known)* <u>21-10109 JAD</u>
First Name    Middle Name    Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/<u>Brian C. Nicholas (Atty Id: 317240)</u>    Date  03/13/2023
Signature
Print: Brian Nicholas
13 Mar 2023, 16:23:49, EDT

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>    <u>Market Street, Suite 5000</u>
Number    Street
Philadelphia,    PA    19106
City    State    ZIP Code

Contact phone  (215) 627–1322    Email <u>bkgroup@kmllawgroup.com</u>

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2

Document ID: a3a74de38d60bae928670b69dda8e6ec71eef6e30e6c808517e6850d25618ac5